UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
MAR 27 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                INDICTMENT NO. 6:25-CV-023-CHB-HAI

DAKOTA FOX and
ADRIAN GORDON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. §§ 111(a)(1) and (b)

On or about February 7, 2025, in McCreary County, in the Eastern District of Kentucky,

**DAKOTA FOX and
ADRIAN GORDON,**

aided and abetted by each other, did intentionally and voluntarily forcibly assault, resist, oppose, impede, intimidate, and interfere with A.R., a corrections officer employed by the United States Bureau of Prisons, while A.R. was engaged in official duties, which caused physical contact with A.R. and inflicted bodily injury upon A.R, all in violation of 18 U.S.C. §§ 111(a)(1) and (b).

## COUNT 2
### 18 U.S.C. §§ 111(a)(1) and (b)

On or about February 7, 2025, in McCreary County, in the Eastern District of Kentucky,

**DAKOTA FOX and**
**ADRIAN GORDON,**

aided and abetted by each other, did intentionally and voluntarily forcibly assault, resist, oppose, impede, intimidate, and interfere with D.E., a corrections officer employed by the United States Bureau of Prisons, while D.E. was engaged in official duties, which caused physical contact with D.E. and inflicted bodily injury upon D.E., all in violation of 18 U.S.C. §§ 111(a)(1) and (b).

A TRUE BILL

███████████████
FOREPERSON

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1 and 2:

Not more than 20 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.